HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DARRELL BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00007-MJS |
| Plaintiff, | **MOTION TO VACATE JANUARY 10, 2017 REVIEW HEARING; ORDER** |
| vs. | |
| DARRELL BROWN, | |
| Defendant. | |

Defendant Darrell Brown hereby requests that the Court vacate the January 10, 2017 review hearing.

On February 3, 2016, Mr. Brown pleaded guilty to being under the influence of alcohol in violation of 36 C.F.R. § 2.35(c). However, Mr. Brown's guilty plea was not accepted by the Court. At the February 3, 2016 hearing, the Court ordered Mr. Brown to obey all laws and not commit any further law violations. Mr. Brown has had no further law violations and has been in full compliance with this requirement. Accordingly, Mr. Brown hereby requests that the January 10, 2017 review hearing be vacated.

The government is in agreement with this request.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 5, 2017

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
DARRELL BROWN

## **O R D E R**

Based on the parties' joint request and representation that Mr. Brown has not had any further law violations, the Court vacates the review hearing scheduled for January 10, 2017, in Case No. 6:16-mj-00007-MJS.

IT IS SO ORDERED.

Dated:   January 5, 2017                         /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE

Brown - Motion to
Vacate Review Hearing